| | | | | |
|---|---|---|---|---|
| *Attorney or Party without Attorney:*<br>Max S Roberts, Esq.<br>BURSOR & FISHER, P.A.<br>888 Seventh Ave<br>New York, NY 10019<br>　*Telephone No:* 646.837.7150<br>　*Attorney For:* Plaintiff | | *Ref. No. or File No.:*<br>Herd v Trader Joe's | | **For Court Use Only** |
| *Insert name of Court, and Judicial District and Branch Court:*<br>USDC-Southern District of New York | | | | |
| *Plaintiff:* TAMAKIA HERD, individually and on behalf of all others similarly situated<br>*Defendant:* TRADER JOE'S COMPANY | | | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>1:23-cv-00065-VM |

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Action; Class Action Complaint; Civil Cover Sheet; Individual Practices of United States District Judge Victor Marrero; Special Individual Rules and Practices in Light of COVID-19 United States District Judge Victor Marrero

3. a. Party served: TRADER JOE'S COMPANY
   b. Person served: Chris Mays, SOP Specialist, Paracorp, Inc., Registered Agent, authorized to accept, served under F.R.C.P. Rule 4.

4. Address where the party was served:   2804 Gateway Oaks Dr Suite 100, Sacramento, CA 95833

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Jan 12 2023 (2) at: 11:23 AM

6. **Person Who Served Papers:**
   a. Michael Morris (2012-33, Sacramento)　　　　　　　　　d. **The Fee** for Service was:
   b. FIRST LEGAL
   　1814 I Street
   　SACRAMENTO, CA 95814
   c. (916) 444-5111

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

01/12/2023　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　[signature]
　(Date)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Signature)



PROOF OF SERVICE

8218941
(361362)